UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RECLAIM COMPANY LLC,<br><br>Defendant. | Case No. MC20-41-BAT<br><br>ORDER |

This matter is before the Court on Plaintiffs' Motion for Judgment Debtor Examination ("Plaintiffs' Motion"). (Dkt. # 1.) Plaintiffs' Motion requested that the Court issue an order scheduling the judgment debtor examination of Kristoffer Strutner, owner of Reclaim Company LLC. (*Id.* at 1.) On June 16, 2020, the Honorable Brian A. Tsuchida ordered that Mr. Strutner appear on September 3, 2020, for a judgment debtor examination to be held at the United States District Court for the Western District of Washington. (Dkt. # 2 at 2.)

However, in light of the COVID-19 pandemic, this matter was rescheduled several times before being scheduled to proceed virtually in front of the undersigned on April 27, 2021. (Dkt.

ORDER - 1

¶¶ 6-10.) On April 27, 2021, the Court informed Plaintiffs at the virtual hearing that it did not appear from the record that Mr. Strutner consented to appear remotely for a judgment debtor examination pursuant to Local Civil Rule 30(b).

Accordingly, the Court hereby ORDERS and directs Plaintiffs to submit whether Mr. Strutner consents to examination by remote proceeding. If Mr. Strutner does not consent, Plaintiffs should cite authority that authorizes the Court to order a remote judgment debtor examination without his consent. In addition, Plaintiffs must file a revised proposed order that provides Mr. Strutner with specific instruction on how to appear for a future remote proceeding.

The Court directs Plaintiffs to file a supplement to their Motion containing the above-referenced information by **May 27, 2021**. Should Plaintiffs fail to comply, this matter will be dismissed without prejudice.

Dated this 27th day of April, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2